

FILED
MAR 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00066 OWW |
| Plaintiff, | <u>ORDER TO SEAL</u> |
| vs. | |
| RAYMOND WILLIAM RONELL, JR | |
| Defendant. | |

On the basis of good cause, due to the sensitive nature of the photographs, and upon the motion made by the Government, this Court DIRECTS the clerk of this Court to seal the Government's Exhibits 1 through 7 from the Detention Hearing held on March 8, 2006. The exhibits are to remain sealed, absent a court order to the contrary.

IT IS SO ORDERED.

DATED: March 8, 2008                    _____
                                         LAWRENCE J. O'NEILL
                                         UNITED STATES MAGISTRATE JUDGE

1