IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F-06-00066 LJO |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING TRIAL |
| RAYMOND RONELL JR, ) | |
| Defendant. ) | |

**ORDER**

The court has reviewed and considered the stipulation of the parties to move the trial date to one convenient for the parties and all witnesses. The request and stipulation only moves the trial three weeks. The trial will now begin on September 24, 2007, at 1:30 p.m. It is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

IT IS SO ORDERED.

**Dated:   May 1, 2007**                    /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1