**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
  RAYMOND WILLIAM RONELL, JR.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * *

| UNITED STATES OF AMERICA, | Case No.: F:06 CR 00066 LJO |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE: CONTINUANCE OF MOTIONS DATES AND RELATED FILING DATES. Trial date remains UNCHANGED for 9-24-07** |
| RAYMOND WILLIAM RONELL, JR., | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties herein that the motions filing and hearing dates relative to the instant case be continued as set forth below:

  Defendant Motions Due:              August 6, 2007
  Government Response Due:            September 6, 2007
  Motions Hearing/Trial Confirmation: September 14, 2007
  TRIAL:                              September 24, 2007

   Settlement discussions in the instant case have been ongoing for some time, and they are still in progress. Counsel for the Government, as well as defense counsel, are indeed hopeful that a

1  resolution of the instant case, short of trial, may be
2  accomplished.  Accordingly, defense counsel has deferred filing
3  pre-trial motions pending consummation of the settlement
4  negotiations.
5     The parties agree that time shall be excluded from the
6  filing of the motions through the hearing date on September 14,
7  2007, pursuant to 18 U.S.C. § 3161(h)(1)(F).
8     DATED: July 2, 2007.
9                                   NUTTALL & COLEMAN
10                                  By: /s/ Roger T. Nuttall
                                        ROGER T. NUTTALL
11                                      Attorneys for Defendant
                                        RAYMOND WILLIAM RONELL, JR.
12

13
                                    /s/ David Gappa
14                                  _____
15                                  DAVID GAPPA
                                    Assistant U. S. Attorney
16

17                          **************
18

19                            **O R D E R**

20  THE DATES AS REQUESTED WILL BE GRANTED, HOWEVER, THE TRIAL DATE
    IS FIRM.  THE TRIAL DATE WAS SET WITH COUNSELS' INPUT PURSUANT TO
21  THE MAY 1, 2007 ORDER, SETTING THE TRIAL FOR SEPTEMBER 24, 2007
    AT 1:30 P.M.   The trial date will remain intact.  Time is
22  excluded as requested on the basis of further settlement
    discussions and investigation.
23

24  IT IS SO ORDERED.

25  **Dated:   July 2, 2007**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE
26

27

28