**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  vs.  <br> RAYMOND WILLIAM RONELL, JR.,  <br>  Defendant. | Case No.: F:06 CR 00066 OWW  <br><br> **STIPULATION RE: CONTINUANCE OF SENTENCING** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for December 21, 2007, at 8:30 a.m. be continued to January 25, 2008, at 8:30 a.m. before the Honorable OLIVER W. WANGER.

This continuance is requested due to the fact that counsel for Defendant has been in continuous trials and has not had the opportunity to confer with Mr. Ronell and the Probations Officer, Robyn Marootian.  Counsel is currently in Los Angeles in a lengthy trial entitled People vs. Larissa Schuster which is expected to last for two months.

Counsel is scheduled to discuss the matter at length with client on October 27, 2007, at 4:30 p.m. in the Fresno County

1  Jail.  Right after his conference with client, counsel shall set
2  up an interview meeting with Ms. Marootian in order for her to
3  finalize her presentence report.
4       As a result of these conflicts, Ms. Marootian does not have
5  sufficient time to prepare her report, and counsel does not have
6  sufficient time to prepare Informal and Formal Objections prior
7  to Sentencing as currently scheduled.
8       Counsel's office has been in contact with Ms. Marootian who
9  has expressed no objection to a short continuance.
10      Counsel's office has also been in contact with Assistant U.
11 S. Attorney, DAVID GAPPA, who also has expressed no objection to
12 this short continuance.
13      DATED: October 23, 2007.

                                    Respectfully submitted,

                                    NUTTALL & COLEMAN

                                    By: /s/ Roger T. Nuttall
                                        ROGER T. NUTTALL
                                        Attorneys for Defendant
                                        RAYMOND WILLIAM RONELL, JR.


                                        /s/ David Gappa

                                        _____
                                        DAVID GAPPA
                                        Assistant U. S. Attorney

2

1
2
3                              **O R D E R**
4
     Good cause appearing,
5
     the Sentencing currently scheduled on December 21, 2007, at
6
 8:30 a.m. is continued to **January 25, at 8:30 a.m.**   Unlike
7
what is stated in the stipulation, the hearing will be before the
8
undersigned, and not Judge Wanger.
9
10     IT IS SO ORDERED.
11 **Dated:   October 23, 2007**                **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28