**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| UNITED STATES OF AMERICA, | Case No.: F:06 CR 00066 LJO |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE: CONTINUANCE OF SENTENCING** |
| RAYMOND WILLIAM RONELL, JR., | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for January 25, 2008, at 8:30 a.m. be continued to April 25, 2008, at 8:30 a.m. before the Honorable LAWRENCE J. O'NEILL.

This continuance is requested due to the fact that counsel for Defendant has been in continuous trials during the year 2007. Additionally, counsel is currently in a Superior Court Trial in San Francisco entitled People vs. David Nelson, which is anticipated to last for three (3) weeks.

Counsel has had the opportunity to meet with the Defendant; however, there are additional issues counsel needs to address with Mr. Ronell.  These additional concerns were first brought to

1 counsel's attention on or about December 27, 2007.  While counsel
2 is in the process of addressing these issues, counsel has not had
3 the opportunity to meet with Mr. Ronell lately.  Counsel plans to
4 meet with the Defendant again as soon as his trial is concluded
5 to address these issues and continue the negotiation process.

6     In addition, due to counsel's calendar schedule, Probation
7 Officer, Robyn Marootian, has not had a chance to interview the
8 Defendant.  To this end, a meeting has been scheduled for that
9 purpose on February 1, 2008, at 1:30 p.m.

10     Due to the above conflicts, Ms. Marootian has not been able
11 to prepare her Pre-Sentence Report in order for Counsel to
12 prepare his Informal and Formal Objections to said report, if
13 any.

14     Counsel's office has been in contact with Ms. Marootian who
15 has expressed no objection to another short continuance.

16     Counsel's office has also been in contact with Assistant U.
17 S. Attorney, DAVID GAPPA, who also has expressed no objection to
18 this short continuance.

19     DATED: January 21, 2008.

20     Respectfully submitted,

21     NUTTALL & COLEMAN

22     By: /s/ Roger T. Nuttall
    ROGER T. NUTTALL
23     Attorneys for Defendant
    RAYMOND WILLIAM RONELL, JR.
24

25
    /s/ David Gappa
26

27     _____
    DAVID GAPPA
    Assistant U. S. Attorney
28

2

## O R D E R

Defense Counsel has been admonished in the past that the fact that he continues to take on business that he does not have time to tend to is not going to be a problem this Court is going to make its own.  This is the last continuance in this case, and Defense Counsel should understand that his self-induced busy calendar will not be considered good cause to continue matters in the future.  Thehe Sentencing currently scheduled on January 25, 2008, at 8:30 a.m. is continued to **April 25, at 8:30 a.m.**

IT IS SO ORDERED.

**Dated:  January 23, 2008**            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

3