IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NO. F-06-CR-0066 LJO |
|---|---|
| Plaintiff, | ORDER FOR TRANSPORTATION TO FUNERAL HOME FOR VIEWING |
| vs. | |
| RAYMOND WILLIAM RONELL, JR. | |
| Defendant. | |

The Court has been notified of the sudden death of the Defendant's father. This Court has spoken with Deputy United States Marshal, Darrin Lambert, about the possibilities involved with the request made by counsel for the Defendant. The specific request is in the alternative: either to allow the Defendant to attend the funeral, or allow him to be transported to view the Decedent's father at the funeral home. Pursuant to the request of the Defendant, and there being no objection by the Government, the United States Marshal is HEREBY ORDERED to transport the sentenced Defendant as follows:

1. To the Whitehurst Funeral Home in Fresno, California for a private viewing of the Defendant's father before the funeral that is scheduled to take place on Sept 11 at 10 a.m.;
2. Said transportation and viewing to be arranged to occur at a time in the sole discretion of the U.S. Marshal;
3. No family members of the Defendant may be at this private viewing;
4. Reimbursement for the cost of U.S. Marshals and mileage must be paid in advance.
5. The Court must be advised when this is completed.

   IT IS SO ORDERED.

**Dated:   September 9, 2008**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

1