**GLENN M. KOTTCAMP #95410**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
email: gkottcamp@sbcglobal.net

ATTORNEYS FOR Defendant,
RAYMOND WILLIAM RONELL, JR.,

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:06-CR-0066 LJO |
| Plaintiff/Respondent, | 1:10-CV-1710 LJO |
| vs. | **EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL AND ORDER** |
| RAYMOND W. RONELL, JR., | |
| Defendant/Petitioner. . | |

TO:   THE HONORABLE LAWRENCE J. O'NEILL, JUDGE, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

Raymond W. Ronell, Jr., through his attorneys, requests that this court issue an ex parte order pursuant to Federal Rules of Appellate Procedure (FRAP) 4, (5), granting defendant/petitioner Raymond Ronell, Jr. an extension of time within which to file a notice of appeal from the order of this court filed September 29, 2010, denying Mr. Ronell's motion under 28 U.S.C., § 2255 ("2255 motion").

The grounds for this request are:

**1.** On October 20, 2010, defendant, through his attorneys, filed a Request For Reconsideration of Order Denying § 2255 Motion, which has not yet been ruled upon, in which the following issues were raised:

   **a.** That the order denying the 2255 motion be corrected in two respects, the first being that Mr. Ronell is represented by counsel in these matters and is

not appearing in this matter *pro se*, and second, that the grounds upon which the defendant sought relief in the 2255 motion was based upon a claim of ineffective assistance of counsel in pleading guilty, not to correct his sentence as stated in the order. See Federal Rules of Civil Procedure (FRCivP) 59 ;

**b.**  Mr. Ronell was denied effective assistance of counsel in deciding to and in entering his guilty pleas that would not have been entered had Mr. Ronell been properly counseled and advised that the manner in which his guilty pleas constituted a waiver of his right to appeal the denial of his motions to suppress evidence; and

**c.**  That if the court rejects the defendant's argument that the denial of effective assistance of counsel did not prejudice the defendant, then it is requested that the court reconsider its evaluation that an appeal from the order denying the motions to suppress would not be successful and, in reconsidering the issue, consider the briefs and arguments filed by the parties in litigating that issue before the Ninth Circuit, case no. 08-10383.[1]

**2.**  That the request for extension of time, if granted, will permit additional time for this court to review and consider the defendant's request for reconsideration.

This request for extension of time within which to file a notice of appeal is based upon the papers, records and pleadings on file herein, upon the memorandum of points and authorities filed and served herewith, and upon such other matters and argument as may be properly presented to and received by this court in considering this request.

Dated: October 26, 2010                                     Nuttall & Coleman

                                                                                    By: /s/ Glenn M. Kottcamp_____
                                                                                       Glenn M. Kottcamp, Attorneys For

---

[1]   That portion of Mr. Ronell's appeal was dismissed by the Ninth Circuit due to Mr. Ronell having pled guilty to all charges in the information without preserving his right to appeal under Federal Rules of Criminal Procedure 11.

Defendant/Petitioner Raymond Ronell, Jr.

## MEMORANDUM OF POINTS AND AUTHORITIES

FRAP 4(5)(A) provides that a party to an action may request an extension of time within which to file a notice of appeal from a decision or order of a district court provided the motion is filed no later than 30 days after the time within which to file the notice of appeal under FRAP 4(a)(1). In this case, the order denying the defendant's 2255 motion was filed on September 29, 2010. The instant motion for extension of time to file a notice of appeal is timely as the time within which appellant must file his notice of appeal from the district court's denial of a 2255 motion is 30 days after the filing of the order, or October 29, 2010. FRAP 4(a)(1)(A); *Malone v. Avenenti*, 850 F.2d 569, 570-571 (9th Cir. 1988); *Pettibone v. Cupp*, 666 F.2d 333, 334 (9th Cir. 1981).

Where, as in this case, the request for extension of time to file a notice of appeal is filed before expiration of the time set forth in either FRAP rule 4(a)(1), i.e., 30 days, then the motion for request for extension of time to file a notice of appeal may be filed and determined *ex parte*. FRAP 4(5)(B).

If this request is granted, then the extension may not exceed thirty days after the time prescribed by FRAP 4(a)(1), or fourteen days after the date the request for extension of time is granted, whichever is greater. FRAP 4(C).

## CONCLUSION

This court may grant petitioner an extension of time within which to file a notice of appeal from the order denying the defendant's 2255 motion for up to 30 days after October 29, 2010, or November 28, 2010.  It is respectfully requested that this court grant defendant's request for extension of time to file a notice of appeal to permit additional time for the court to review and consider the defendant's Request For Reconsideration of Order Denying § 2255 Motion.

Dated: October 26, 2010                                   Respectfully submitted,

                                                                            Nuttall & Coleman

                                                                    By:  /s/ Glenn M. Kottcamp

Glenn M. Kottcamp, Attorneys For<br>Defendant/Petitioner Raymond Ronell, Jr.

# O R D E R

Pursuant to Defendant Raymond Ronell's Ex Parte Request for Extension of Time to File Notice of Appeal and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Defendant Ex Parte Request for Extension of Time to File Notice of Appeal be and is hereby granted.  Defendant shall have until _November 28, 2010 within which to file his Notice of Appeal.

DATED: _October 27, 2010.

_/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
Judge, U. S. District Court