IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND RONELL,<br><br>Defendant.<br>_____/ | CASE NOS. CR F 06-0066 LJO AND CV F 10-1710 LJO<br><br>**ORDER REQUESTING BRIEFING** |

On September 17, 2010, defendant Raymond Ronell filed a motion under 28 U.S.C. §2255 to Vacate, Set Aside or Correct Sentence. (Doc. 75.) On September 29, 2010, this Court denied the motion. (Doc. 76.) On October 20, 2010, defendant Ronell filed a Request for Reconsideration of the order denying his §2255 motion. (Doc. 77.) Thereafter, on October 26, 2010, defendant Ronell filed a Request for an Extension of Time to File a Notice of Appeal pending resolution of the Motion for Reconsideration. (Doc. 80.) The Court granted that request on October 27, 2010. (Doc. 81.) The Notice of Appeal nonetheless was filed on October 28, 2010. (Doc. 82.)

In light of the Notice of Appeal, the Court requires plaintiff to file a supplemental brief on the issue of whether the Court is divested of jurisdiction to decide the Motion for Reconsideration. Defendant Ronell shall file his supplemental brief within 7 days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   October 29, 2010**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1