IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAYMOND RONELL,<br><br>　　　　Defendant.<br>_____/ | CASE NOS. CR F 06-0066 LJO AND CV F 10-1710 LJO<br><br>**ORDER ON MOTION FOR RECONSIDERATION REQUESTING AMENDMENT OF ORDER (Doc. 76)** |

On September 17, 2010, defendant Raymond Ronell filed a motion under 28 U.S.C. §2255. (Doc. 75.) On September 29, 2010, this Court denied the motion. (Doc. 76.) On October 20, 2010, defendant Ronell filed a Request for Reconsideration of the order denying his §2255 motion. (Doc. 77.) Thereafter, on October 26, 2010, defendant Ronell filed a Request for an Extension of Time to File a Notice of Appeal pending resolution of the Motion for Reconsideration. (Doc. 80.) The Court granted that request on October 27, 2010. (Doc. 81.) The Notice of Appeal, however, was filed on October 28, 2010. (Doc. 82.)

In the motion for reconsideration, Mr. Ronell asks that this Court's order denying the §2255 motion be corrected to reflect his status as represented by counsel and to clarify the relief he seeks. The Court finds good cause for the amendment and jurisdiction to amend the order.

Accordingly, this Court's Order on Defendant's 28 U.S.C. §2255 Motion (Doc. 76) is modified and amended as follows, at page 1, line 18-19:

> "Defendant Raymond Ronell ("Mr. Ronell") is a federal prisoner and proceeds by his Attorneys, Roger Nuttall and Glenn Kottcamp, to seek to vacate his guilty pleas due to ineffective assistance of counsel in counseling Mr. Ronell to plead guilty and not preserving his right to appeal the denial of his motions to suppress under Fed.R.Crim.P. 11."

1

1  The Order is so amended.

2      The Court finds that the filing of the Notice of Appeal divests this Court of jurisdiction to decide
3  any further issue on the motion for reconsideration.

4  IT IS SO ORDERED.

5  **Dated:   November 2, 2010**           /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE