IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RAYMOND RONELL,<br><br>　　　　　Defendant.<br>_____/ | CASE NOS. CR F 06-0066 LJO AND CV F 10-1710 LJO<br><br>**ORDER FOR SUPPLEMENTAL STATUS REPORT**<br>(Doc. 99.) |

　　　Counsel Lisa Sciandra has been recently appointed as counsel for defendant Raymond Ronell and filed her June 20, 2013 status report to respond to this Court's May 14, 2014 order. This Court GRANTS Ms. Sciandra's request to file a supplemental status report and ORDERS Ms. Sciandra, no later than August 1, 2013, to file and serve a supplemental status report to address defendant's intentions and to outline plans to pursue 28 U.S.C. § 2255 relief for defendant. This Court will not address at this time Ms. Sciandra's contention that the United States has waived objections to pursuit of 28 U.S.C. § 2255 relief.

IT IS SO ORDERED.

**Dated:　June 21, 2013　　　　　　/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1