IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND RONELL,<br><br>Defendant.<br>_____/ | CASE NOS. CR F 06-0066 LJO AND CV F 10-1710 LJO<br><br>**ORDER TO FILE AMENDED 28 U.S.C. § 2255 MOTION**<br>(Doc. 101.) |

In response to this Court's June 21, 2013 order, recently appointed defense counsel Lisa Sciandra filed an August 1, 2013 status report to request to amend defendant Raymond Ronell's ("Mr. Ronell's") 28 U.S.C. § 2255 ("section 2255") motion to add factual support, including new declarations, correspondence, and transcript excerpts, and to add an ineffective assistance of counsel claim based on failure to communicate a favorable plea offer. Based on discussion with the parties and good cause, this Court:

1. GRANTS Mr. Ronells' requests to amend his section 2255 motion to add reasonably necessary factual support and to add a new ineffective assistance of counsel claim based on failure to communicate a favorable plea offer;

2. ORDERS Mr. Ronell, no later than December 30, 2013, to file and serve his amended section 2255 papers;

3. ORDERS the Government, no later than January 20, 2014, to file and serve opposition papers; and

4. ORDERS Mr. Ronell not to file reply papers, unless this Court orders otherwise.

1 | This Court will consider Mr. Ronell's requested section 2255 relief and papers on the record
2 | without a hearing, unless this Court orders otherwise.
3 | IT IS SO ORDERED.
4 | **Dated:**   **August 5, 2013**          /s/  **Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE