UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 06-0066 LJO |
| | **ORDER TO GRANT EXTENSION TO FILE AMENDED 28 U.S.C. § 2255 PAPERS** |
| Plaintiff, | |
| vs. | (Doc 103.) |
| RAYMOND RONELL, | |
| Defendant. | |

This Court GRANTS defendant Raymond Ronell's request of an extension and:

1.    ORDERS defendant, no later than April 29, 2014, to file and serve his amended 28 U.S.C. § 2255 papers;

2.    ORDERS the United States, no later May 30, 2014, to file and serve opposition papers; and

3.    ORDERS defendant not to file reply papers, unless this Court orders otherwise.

This Court will consider defendant's requested relief and papers on the record without a hearing, unless this Court orders otherwise. This Court premises the extended dates on the

parties' legitimate, good faith efforts to resolve issues and claims and as such ADMONISHES the parties and counsel use their best efforts to resolve all issues and claims.

IT IS SO ORDERED.

Dated:   **December 27, 2013**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE